UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

IN RE:

MELINDA SCOTT

CASE NO: 23-60363

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/30/2023, I did cause a copy of the following documents, described below,

Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/30/2023

/s/ Marshall M. Slayton
Marshall M. Slayton  37362

Slayton Law, PLC
913 East Jefferson St.
Charlottesville, VA  22902
434 979 7900
carlos@marshallslayton.com

1

2

3

4

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF VIRGINIA

5

6

7

8

9

10

| | |
|---|---|
| IN RE: | CASE NO: 23-60363 |
| MELINDA SCOTT | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

11    On 3/30/2023, a copy of the following documents, described below,

12    Plan

13

14

15

16

17

18

19    were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

20

21    The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

22    DATED: 3/30/2023

23

24



25    _____
Jay S. Jump

26    BK Attorney Services, LLC
d/b/a certificateofservice.com, for

27    Marshall M. Slayton
Slayton Law, PLC

28    913 East Jefferson St.
Charlottesville, VA  22902

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO                              EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING       US BANKRUPTCY COURT            ATT
NCRS ADDRESS DOWNLOAD                  LYNCHBURG DIVISION             CO CT CORPORATION SYSTEM  RA
CASE 23-60363                          1101 COURT ST  ROOM 166        4701 COX ROAD SUITE 285
WESTERN DISTRICT OF VIRGINIA           LYNCHBURG  VA 24504-4597       GLEN ALLEN  VA 23060-6808
WED MAR 29 14-47-0 PST 2023


ANYTIME FITNESS                        ANYTIME FITNESS CULPEPER       CAINE  WEINER
12395 JAMES MADISON HIGHWAY            767 NALLES MILL RD             ATTN BANKRUPTCY
ORANGE  VA 22960-2801                  CULPEPER  VA 22701-2520        5805 SEPULVEDA BLVD
                                                                      SHERMAN OAKS  CA 91411-2546


CAPITAL ONE BANK  USA  NA              CHIMESTRIDE BANK               COMENITY BANK
PO BOX 3120                            ATTN BANKRUPTCY                ATTENTION BANKRUPTCY
MILWAUKEE  WI 53201-3120               PO BOX 417                     PO BOX 182125
                                       SAN FRANCISCO  CA 94104-0417   COLUMBUS  OH 43218-2125


COMENITY BANK                          COMENITY BANKVICTORIA SECRET   COMENITYMPRC
ATTN BANKRUPTCY DEPARTMENT             ATTN BANKRUPTCY                ATTN BANKRUPTCY
PO BOX 182125                          PO BOX 182125                  PO BOX 182125
COLUMBUS  OH 43218-2125                COLUMBUS  OH 43218-2125        COLUMBUS  OH 43218-2125


CREDENCE RESOURCE MANAGEMENT  LLC      CREDIT COLLECTION SERVICES     CREDIT COLLECTION SERVICES
ATTN BANKRUPTCY                        725 CANTON STREET SUITE 1      PO BOX 607
4222 TRINITY MILLS ROAD SUITE 260      NORWOOD  MA 02062-2679         NORWOOD  MA 02062-0607
DALLAS  TX 75287-7666


CREDIT ONE BANK                        DIRECTV LLC                    (P)DOMINION ENERGY VIRGINIA NORTH
PO BOX 60500                           PO BOX 60036                   CAROLINA
CITY OF INDUSTRY  CA 91716-0500        EL SEGUNDO  CA 90245           PO BOX 26666
                                                                      RICHMOND VA 23261-6666


ELEPHANT AUTO INSURANCE                ENTERPRISE RENTACAR            EOS CCA
CO RECEIVABLE SYSTEMS  INC             PO BOX 801988                  ATTN BANKRUPTCY
PO BOX 73810                           KANSAS CITY  MO 64180-1988     PO BOX 329
RICHMOND  VA 23235-8047                                               NORWELL  MA 02061-0329


(P)INTERNAL REVENUE SERVICE            INTERNAL REVENUE SERVICE       KINGSTON DATA AND CREDIT INTER
CENTRALIZED INSOLVENCY OPERATIONS      INSOLVENCY UNITS               ATTN BANKRUPTCY
PO BOX 7346                            PO BOX 7346                    1301 SEMINOLE BLVD  UNIT 166
PHILADELPHIA PA 19101-7346             PHILADELPHIA  PA 19101-7346    LARGO  FL 33770-8118


KINGSTON DATA AND CREDIT INTERNATIONAL LIBERTY MUTUAL                 LIBERTY MUTUAL
ATTN BANKRUPTCY                        175 BERKELEY STREET            PO BOX 55126
1301 SEMINOLE BLVD  UNIT 166           BOSTON  MA 02116-3350          BOSTON  MA 02205-5126
LARGO  FL 33770-8118

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

MONEYLION  INC
ATTN  BANKRUPTCY DEPT
PO BOX 1547
SANDY  UT 84091-1547

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PRESTIGE FINANCIAL SVC
ATTN BANKRUPTCY
351 W OPPORTUNITY WAY
DRAPER  UT 84020-1399

PROGRESSIVE
PO BOX 94739
CLEVELAND  OH 44101-4739

RECEIVABLE MANAGEMENT INC
7206 HULL ROAD
SUITE 211
RICHMOND  VA 23235

RESURGENT CAPITAL SERVICES
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

SCOTT KRONER  PLC
418 E WATER STREET
CHARLOTTESVILLE  VA 22902-5242

(P)LEAD BANK
1801 MAIN STREET
KANSAS CITY MO 64108-2352

SUNRISE BANKS
ATTN BANKRUPTCY
200 UNIVERSITY AVENUE WEST
SAINT PAUL  MN 55103-2075

(P)SUNBIT INC
ATTN LEGAL AND COMPLIANCE
PO BOX 24010
LOS ANGELES CA 90024-0010

USTRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
210 FIRST STREET  SUITE 505
ROANOKE  VA 24011-1620

UVA COMMUNITY CU
ATTN BANKRUPTCY
3300 BERKMAR DR
CHARLOTTESVILLE  VA 22901-1491

VERIZON
500 TECHNOLOGY DR  STE 550
WELDON SPRING  MO 63304-2225

VIRGINIA DEPT OF TAXATION
BANKRUPTCY DEPT
PO BOX 2156
RICHMOND  VA 23218-2156

EXCLUDE
~~MARSHALL MOORE SLAYTON ESQ~~
~~SLAYTON LAW  PLC~~
~~913 EAST JEFFERSON STREET~~
~~CHARLOTTESVILLE  VA 22902-5355~~

DEBTOR
MELINDA TONI SCOTT
326 MONTICELLO AVE
CULPEPER  VA 22701-2126

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

(U.S. Trustee)
USTrustee
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011

USTPRegion04.RN.ECF@usdoj.gov

(Debtor)
Melinda Toni Scott
326 Monticello Ave
Culpeper, VA 22701
represented by:
Marshall Moore Slayton, Esq
Slayton Law, PLC
913 East Jefferson Street
Charlottesville, VA 22902

marshall@marshallslayton.com